```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 15487
    REGINALD WILLIAMS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-4672


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 08/26/2007 and was not confirmed.

    The case was dismissed without confirmation 12/13/2007.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
IL DEPT OF HEALTHCARE &  PRIORITY        NOT FILED           .00           .00
KAREN WILLIAMS           NOTICE ONLY     NOT FILED           .00           .00
IL DEPT OF HEALTHCARE &  PRIORITY        NOT FILED           .00           .00
IL DEPT OF HEALTHCARE &  UNSECURED       NOT FILED           .00           .00
IL DEPT OF HEALTHCARE &  PRIORITY        NOT FILED           .00           .00
IL DEPT OF HEALTHCARE &  UNSECURED       NOT FILED           .00           .00
IL DEPT OF HEALTHCARE &  NOTICE ONLY     NOT FILED           .00           .00
AMERICAN COLLECTION      UNSECURED       NOT FILED           .00           .00
CAPITAL ONE BANK         UNSECURED       NOT FILED           .00           .00
CALVARY PORTFOLIO SVCS   UNSECURED       NOT FILED           .00           .00
CITY OF CHICAGO PARKING  UNSECURED       NOT FILED           .00           .00
CREDIT PROTECTION        UNSECURED       NOT FILED           .00           .00
HARVARD COLLECTION SERVI UNSECURED       NOT FILED           .00           .00
PROFESSIONAL ACCOUNT MGM UNSECURED       NOT FILED           .00           .00
PROFESSIONAL ACCOUNT MGM UNSECURED       NOT FILED           .00           .00
TELECHECK                UNSECURED       NOT FILED           .00           .00
ROBERT J SEMRAD & ASSOC  REIMBURSEMENT       43.00           .00         43.00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      3,500.00                      119.00
TOM VAUGHN               TRUSTEE                                         11.07
DEBTOR REFUND            REFUND                                            .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    173.07

PRIORITY                                          43.00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                   119.00
TRUSTEE COMPENSATION                              11.07
DEBTOR REFUND                                       .00
                         ---------------    ---------------
TOTALS                     173.07                173.07

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 15487 REGINALD WILLIAMS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE